■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THERESA RABATOY, Appellant. [617 NYS2d 675] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, LaMendola, J.—Attempted Assault, 2nd Degree.) Present—Green, J. P., Balio, Fallon, Doerr and Boehm, JJ.